| | |
|---|---|
| PHILLIP A. TALBERT<br>United States Attorney<br>SAM STEFANKI<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 | **FILED**<br>May 24, 2022<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>**SEALED** |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>Information Associated With the Instagram Account "hollygrraawwr" That Is Stored at Premises Controlled by Meta Platforms, Inc. | CASE NO.  2:22-sw-0353 JDP<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

## S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: May 24, 2024

THE HONORABLE JEREMY PETERSON
United States Magistrate Judge

SEALING ORDER